1 The People of the State of Colorado, Appellee, In the Interest of L.D., a Child, and Concerning R.S. and L.S.D., Appellants. No. 21CA0619
Court of Appeals of Colorado, Fifth Division
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 20JV41 Honorable Lindsay
 VanGilder, Judge.
 
 
 
 OPINION
 
 
 DUNN,
 JUDGE.
 
 
 JUDGMENT
 AFFIRMED.
 
 
 
 Welling and Yun, JJ., concur.